UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN RUIZ, EDWARD LACOSSE, JR., RICHARD BOSTWICK II, RICHARD BOSTWICK III, MAGGIE GARDNER, TRACY JALBERT, and SAMANTHA SOUIS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>SARAVIA FAMILY RESTAURANTS, INC.[1] and ROLANDO SARAVIA,<br><br>     Defendants. | CIVIL ACTION NO. 3:17-CV-30009<br><br>**NOTICE OF REMOVAL** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendants, Saravia Family Restaurants, Inc. and Rolando Saravia ("Defendants"), respectfully state:

1. On December 21, 2016, an action was commenced by Plaintiffs, Juan Ruiz, Edward Lacosse, Jr., Richard Bostwick II, Richard Bostwick III, Maggie Gardner, Tracy Jalbert, and Samantha Souis ("Plaintiffs"), against Defendants in the Superior Court of the Commonwealth of Massachusetts, Berkshire County, Civil Action No. 1676CV00342. Service of the Summons and Complaint was made on Defendants on January 5, 2017. Copies of the Summons and Complaint are annexed hereto as Exhibit A.

---

[1] The correct legal name of the Defendant Saravia Family Restaurants, Inc. is Saravia Family Restaurant, Inc.

2. In the Complaint, Plaintiffs have asserted federal claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq.

3. Accordingly, this is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action involving a federal question.

4. Pursuant to the provisions of 28 U.S.C. § 1446, this Petition for Removal has been filed with this Court within 30 days after Defendants received notice of the Complaint raising a question of federal law.

WHEREFORE, Defendants request that this Court remove the above action from the Berkshire Superior Court to the United States District Court, District of Massachusetts.

Respectfully Submitted,

Defendants,
Saravia Family Restaurants, Inc. and
Rolando Saravia,
By Their Attorney,

   /s/ Timothy M. Netkovick, Esq.
Timothy M. Netkovick, Esq.
BBO #654353
Royal, P.C.
270 Pleasant Street
Northampton, Massachusetts  01060
Tel. (413) 586-2288/Fax (413) 586-2281

Dated:  January 18, 2017                     E-mail:  TNetkovick@TheRoyalLawFirm.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Notice of Removal* was served upon the attorney of record for each other party Michael R. Varasso, Esq. and Benjamin J. Wyatt, Esq., The Law Offices of Wyatt & Associates, P.L.L.C., 17 Elm Street, Suite C211, Keene, NH 03431, by first-class, U.S. mail, postage pre-paid, on January 18, 2017.

                                                  /s/ Timothy M. Netkovick, Esq.
                                                  Timothy M. Netkovick, Esq.